UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RHONDA THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE TENNESSEE BOARD OF NURSING, ) | |
| BARBARA BRENNAN, R.N., ) | No. 3:05-0580 |
| LORI CASPER, L.P.N., ) | JUDGE ECHOLS |
| WILMETTA COLLIE, L.P.N., ) | |
| WANDA HOOPER, R.N., ) | |
| SHELIA JACKSON-PRIEBEL, ) | |
| DONNA RODDY, R.N., ) | |
| DAVA SHOFFNER, R.N., ) | |
| CHERYL STEGBAUER, R.N., ) | |
| BARBARA WALLACE, L.P.N. and ) | |
| ELIZABETH LUND, all in their ) | |
| individual and official ) | |
| capacities, ) | |
| ) | |
| Defendants. | |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendants' Motion to Dismiss (Docket Entry No. 31) is hereby GRANTED IN PART and DENIED IN PART. The Motion to Dismiss is hereby GRANTED with respect to Plaintiff's substantive due process claim. In all other respects, the Motion to Dismiss is hereby DENIED.

This case is referred to the Magistrate Judge for further case management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE